UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00040

**United States of America**

v.

**Christopher Colin Henexson,**
*Defendant.*

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on October 29, 2020, and issued a report recommending that the defendant's term of supervised release should be revoked. Doc. 11. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 10.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that the defendant be sentenced to a period of 13 months of imprisonment with one year of supervised release to follow. The first six months of defendant's supervised release term shall be in a halfway house. The court recommends that defendant serve his sentence at FCI Seagoville, Texas, or El Reno, Oklahoma, if available.

*So ordered by the court on November 3, 2020.*

J. CAMPBELL BARKER
United States District Judge